Order entered February 4, 2013



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01435-CV

**THOMAS J. ELLIS, Appellant**

**V.**

**THE RENAISSANCE ON TURTLE CREEK
CONDOMINIUM ASSOCIATION, INC. ET AL., Appellees**

On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-10-10227

# ORDER
### Before Justices Bridges, Murphy, and Lewis

The Court has before it appellant's January 4, 2013 emergency motion for temporary order staying foreclosure sale. Based on the record before us, we **DENY** the motion.

/s/      MARY MURPHY
         JUSTICE